## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANCER MONTHLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. __25-1383 T__ |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | **Redacted for Public Filing** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

1.      This is an action for the recovery of federal tax payments erroneously or illegally

assessed and collected.

## JURISDICTION

2.      This Court has jurisdiction by reason of 28 U.S.C. § 1491(a)(1) and 26 U.S.C. §

7422.

## PARTIES

3.      Plaintiff is Cancer Monthly, Inc.

4.      Plaintiff is incorporated in Florida and located in South Pasadena, Florida.

5.      Defendant is the United States of America.

## RCFC 9(m) STATEMENT

6.      Plaintiff seeks a refund for the tax year ending December 31, 2018.

7.      Plaintiff made payments in the total amount of $762,446, paid on August 7, 2019,

to the Internal Revenue Service via Electronic Funds Payment processed through First

Citizens Bank. A duplicate amount was paid by the sole owner of Plaintiff, with penalties and interest, between 2020 and 2024.

8.      The federal income tax return for the above year was filed on August 26, 2019, with the Internal Revenue Service.

9.      The taxpayer appearing on the return is Cancer Monthly Inc., with EIN XX-XXX9158, located at 6800 Gulfport S Ste 201-219, South Pasadena, FL 33707.

10.      The administrative claim for refund was filed on October 7, 2024, with the Internal Revenue Service, Kansas City, Missouri 64999-0013 using Form 1120S.

11.      The plaintiff's identification number is the same of the taxpayer identified in Paragraph 9.

## FACTS

12.      $762,446 in taxes was paid twice: once under the Employer Identification Number ("EIN") of Cancer Monthly, Inc. ("Plaintiff") and a second time by Michael Horwin, the sole owner of Cancer Monthly, Inc.

13.      In 2018, after the enactment of the Tax Cut Jobs Act ("TCJA"), under the counsel of its CPA, Plaintiff revoked its election to be taxed under the provisions of Subchapter S, of the Internal Revenue Code.

14.      On August 7, 2019, Plaintiff made estimated tax payments, assuming it was a C corporation and not an S Corporation.

15.      On August 26, 2019, the IRS posted the $762,446 in estimated tax payments to Plaintiff's EIN.

16.      On December 16, 2019, without explanation or merit, the IRS posted an assessment for the same amount, $762,446, to Plaintiff's EIN.

17.     Before the IRS ever processed the revocation of the S corporation status, Plaintiff revoked its revocation.

18.     In the IRS system, Plaintiff was never a C corporation.

19.     In 2019, at the counsel of its CPA, Plaintiff filed an 1120-S tax return for 2018 and reported the estimated tax payments of $762,466 as credits to the owner, Mr. Horwin, on the 1120-S Form K-1.

20.     The IRS rejected the credits and assessed Mr. Horwin the tax on the K-1 income, but without any credits for the $762,466.

21.     Mr. Horwin paid the income tax, with penalties and interest, a total of approximately $980,000.  This was the second time the tax was paid.

22.     Having rejected the credits, at the counsel of its CPA, Plaintiff filed a Form 1120, Corporation Income Tax Return, for 2018 and claimed a refund of the payments of $762,466.

23.     The IRS subsequently rejected the C corporation return because it had no record of Plaintiff being a C corporation since the revocation of S corporation status was revoked within such a short time frame.

24.     Even though Plaintiff had previously made estimated tax payments of $762,446, these had not yet been processed to Plaintiff as an S corporation since the C corporation was never recognized.

25.     $762,446 of tax was paid once by Plaintiff through its estimated tax payments and again, with penalties and interest, by Mr. Horwin as sole shareholder of Plaintiff, an S corporation because IRS denied Mr. Horwin the right to use the credits on his 1040.

26.     Mr. Horwin has subsequently made numerous attempts to claim a refund for the tax paid twice.

27.    On October 7, 2024, Plaintiff filed an amended Form 1120-S for the taxable year 2018 in another attempt to claim the $762,446 payments and receive a refund, and the claim for refund has been processing since then with no response from the IRS. A copy of claim for refund is attached as Exhibit A (Redacted).

28.    Since 2019, Plaintiff and its sole shareholder Mr. Horwin have been attempting to get credits or a refund for the double payment, without success.

29.    The refund has been in "PROCESSING" status since January 2025.

30.    According to IRS procedures, it was to be processed in sixteen weeks, which would have been late April 2025 at the latest.

31.    According to the IRS, as of August 11, 2025, the status of the refund is still "PROCESSING."

32.    In accordance with 26 U.S.C. § 6532(a)(1), more than six months have passed without a response to Plaintiff's claim for refund, and Plaintiff is entitled to and hereby demands judgment against Defendant.

## CONCLUSION

Wherefore, plaintiff demands the following relief:

1.    Plaintiff demands judgment in the amount of $762,446, plus interest and costs allowed by law; and

2.    Other such relief as the Court may deem just, including an award of reasonable litigation costs and fees incurred under this proceeding under 26 U.S.C. § 7430.

Respectfully submitted, this 15th day of August, 2025.

BRYANT LAW GROUP, PC
(dba BILTgroup)


Gregory T. Bryant
8480 Honeycutt Rd., Ste. 200
Raleigh, NC 27615
Telephone: 919-615-3766
Email: gbryant@biltgroup.net
Attorney for Plaintiff